UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(973) 645-6664

CHAMBERS OF
**CLAIRE C. CECCHI**
UNITED STATES MAGISTRATE JUDGE

Martin Luther King Jr., Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102

July 29, 2008

Reginald Bennett
No. 595440/097961
Room 1020
Southwoods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

Re:   Bennett v. Miccinilli, et al.
      Civil Action No.: 05-5044 (JLL)

Dear Mr. Bennett,

I am in receipt of your letter, dated July 9, 2008, wherein you request, among other things, that I "allow [you] to come home on 8/7/08 so that [you] can get to [the] Court." See Docket Entry No. 45.

There is no conference scheduled in this matter on August 7, 2008. Accordingly, your request is moot.

Yours truly,

*s/Claire C. Cecchi*
**CLAIRE C. CECCHI**
United States Magistrate Judge

cc:   Hon. Jose L. Linares, U.S.D.J.
      Clerk
      All parties
      File